### The People of the State of Illinois, Defendant in Error, v. Emil Schmutz, Plaintiff in Error.

### Gen. No. 21, 617.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed. Opinion filed February 16, 1916. Rehearing denied March 1, 1916.

### Statement of the Case.

Action by the People of the State of Illinois against Emil Schmutz, defendant, based on an information charging that he wrongfully and unlawfully abandoned his wife, Matilda Schmutz. To reverse judgment for the People, defendant prosecutes this writ of error.

At the hearing it appeared that defendant had previously been married to one Iva May Meyers, who was granted a divorce from him June 5, 1905, in the Superior Court of Cook county, and that he married the complaining witness in this case April 21, 1906, at Crown Point, Indiana.

PRINGLE & FEARING, for plaintiff in error.

MACLAY HOYNE, for defendant in error.

MR. JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

1. DIVORCE, § 172*—*when divorced person may not remarry.* Under the Act of May 13, 1905 (J. & A. ¶ 4216), concerning the marriage of divorced persons, a man who marries another woman in another State within less than one year after his divorce from his first wife does not contract a valid marriage in such State.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2.  HUSBAND AND WIFE, § 273*—*when husband not guilty of wife desertion.*  Where a man remarries in another State within less than one year of the date of the divorce from his former wife, and deserts his second wife, he cannot be convicted of wife desertion, as such second marriage is illegal.